UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN IMMIGRANT INVESTOR
ALLIANCE,

       *Plaintiff*,

          v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

       *Defendant*.

Civil Action No. 22-2598 (TNM)

## **JOINT STATUS REPORT**

Pursuant to the Court's October 17, 2022 Minute Order, Plaintiff, American Immigrant Investor Alliance, and Defendant, U.S. Citizenship and Immigration Services ("USCIS"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

1.      This action concerns two FOIA requests that Plaintiff submitted to USCIS.

2.      Regarding the first request listed in the litigation, tracking number COW2021004358, USCIS's Records Office, which is known as the National Records Center ("NRC"), completed its search for responsive records and has located approximately 22,000 pages of potentially responsive records.  It is likely that many non-responsive records were pulled in with the general search terms that were used for the search and that this page count will decrease upon further review.  The next steps will be for the NRC to review the pages to determine which pages are responsive to the request.  The NRC will review approximately 500 pages each month and, from that review, release non-exempt responsive pages monthly.  This review will commence following the processing for the request below.

3.    Regarding the second request listed in the litigation, tracking number COW2022003362, the NRC located approximately 3,400 pages of potentially responsive pages. As reported above, the NRC surmised that many non-responsive records were pulled in with the general search terms that were used.  The NRC began processing these pages at a rate of 500 pages per month and issued its first release of responsive non-exempt records on December 30, 2022. Additional monthly releases were issued in January and February 2023.  The NRC estimates issuing one additional release this month and then will commence processing the request listed above.

4.    Plaintiff has raised certain issues regarding the sufficiency of the documentation produced thus far, and the parties hope to resolve any potential disputes amicably over the course of this litigation.  The parties reserve all of their respective claims and defenses in this regard.

5.    Pursuant to the Court's October 17, 2022 Minute Order, the parties will submit their next Joint Status Report on or before May 16, 2023.

*    *    *

Dated: March 17, 2023

Respectfully submitted,

/s/ Matthew Tony Galati
MATTHEW TONY GALATI
The Galati Law Firm
8080 Old York Rd.
Suite 225
Elkins Park, PA 19027
Telephone: (215) 309-1728
E-mail: matt@galati.law
D.D.C. Bar No. PA0093

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*